**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| BUSINESS ENABLED ACQUISITION AND TECHNOLOGY, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 26-1025 C<br>Judge _______ |

## MOTION FOR A PROTECTIVE ORDER

Pursuant to Paragraph 17 of Appendix C, *Procedure in Protest Cases*, to the Rules of the United States Court of Federal Claims, Plaintiff Business Enabled Acquisition and Technology, Inc. ("BEAT"), through undersigned counsel, moves this Court for a protective order.

1. BEAT is the incumbent contractor under Contract No. 47QTCB21D301/ 47QFNA24F0051, performed for the U.S. Department of the Air Force ("Air Force"), and was an actual offeror in the follow-on procurement under Commercial Solutions Opening ("CSO") No. FA8903-26-S-C001, Closed Area of Interest No. Closed-26-02 ("Solicitation") that is the subject of this protest. BEAT files this Motion along with its Complaint protesting the Air Force's improper award decision under the Solicitation.

2. BEAT previously filed a protest before the Government Accountability Office ("GAO"), Matter No. B-424650.1—a protest that will be withdrawn upon the filing of the instant Complaint. That protest was subject to a GAO protective order.

3. The Complaint also contains BEAT's confidential and proprietary material, the release of which would cause competitive harm to BEAT.

4. In addition, the record in this matter will likely include various agency documents including source selection sensitive information, the public release of which could cause harm the integrity of the competitive process.

WHEREFORE, BEAT respectfully requests that the Court grant this motion, and issue its standard protective order.

Dated: July 20, 2026

Respectfully submitted,

/s/ Alexander B. Ginsberg
Alexander B. Ginsberg
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
801 17th Street, NW
Washington, D.C.
(202) 639-7481
(202) 639-7003 (fax)
alexander.ginsberg@friedfrank.com

*Attorney of Record for Business Enabled Acquisition and Technology, Inc.*

*Of Counsel*:

Robert C. Starling
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, D.C. 20006
Tel: (202) 639-7000

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system. A true and correct copy was also served by email to the following party, this 20th day of July 2026:

U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
nationalcourts.bidprotest@usdoj.gov

/s/ Alexander B. Ginsberg
Alexander B. Ginsberg