**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

BUSINESS ENABLED ACQUISITION AND TECHNOLOGY, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 26-1025 C

Judge _______

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Business Enabled Acquisition and Technology, Inc. ("BEAT"), through undersigned counsel, hereby discloses the following corporate interests pursuant to RCFC 7.1: BEAT is a privately-held company. No publicly-held corporations, directly or indirectly, own 10 percent or more of the stock of BEAT.

Dated: July 20, 2026

Respectfully submitted,

/s/ Alexander B. Ginsberg
Alexander B. Ginsberg
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
801 17th Street, NW
Washington, D.C.
(202) 639-7481
(202) 639-7003 (fax)
alexander.ginsberg@friedfrank.com

*Attorney of Record for Business Enabled Acquisition and Technology, Inc.*

*Of Counsel*:

Robert C. Starling
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, D.C. 20006
Tel: (202) 639-7000

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system. A true and correct copy was also served by email to the following party, this 20th day of July 2026:

U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
nationalcourts.bidprotest@usdoj.gov

/s/ Alexander B. Ginsberg
Alexander B. Ginsberg