IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BUSINESS ENABLED ACQUISITION AND TECHNOLOGY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 26-1025 |
| | ) | Judge Lerner |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of An Hoang, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

An Hoang
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

/s/ An Hoang
AN HOANG
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 664-9755
Email: An.Hoang@usdoj.gov

Dated: July 21, 2026